JAMES M. MAKASIAN (SBN 71791)
JAMES M. MAKASIAN,
A PROFESSIONAL CORPORATION
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone: (559) 442-4212
Facsimile: (559) 442-4127

STEVE P. SIMONIAN, Jr. (SBN 082858)
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone: (559) 442-4212
Facsimile: (559) 442-4127

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARDEEP SINGH, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL CHERTOFF, SECRETARY DEPARTMENT OF HOMELAND SECURITY, et al., <br><br> Defendants. | 1:07-CV-01839-OWW-SMS <br><br> NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF, PERMINDER BHATIA, AND ORDER <br><br> Rule 41 (a)(1) <br><br> A 75021103 |

PLEASE TAKE NOTICE:

That PLAINTIFF, HARDEEP SINGH, has cleared the background name check and the only step remaining in the adjudication of his naturalization application is the oath ceremony. Accordingly, Plaintiff, HARDEEP SINGH, hereby requests that the case be dismissed pursuant to Rule 41 (a)(1) of the Federal Rules of Civil Procedure.

Under Rule 41(a)(1), a plaintiff has an absolute right to dismiss his action prior to service by the defendant of an answer or motion for summary judgment. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).

No answers to plaintiff's complaint and no motions for summary judgment have been filed in this case.  No such answers or summary judgment motion have been served.  Accordingly, Plaintiff, HARDEEP SINGH, requests that this action be dismissed.

Respectfully Submitted,

Dated: February 15, 2008                /s/ JAMES M. MAKASIAN
                                        JAMES M. MAKASIAN
                                        STEVE P. SIMONIAN, Jr.
                                        Attorneys for Plaintiff

ORDER

Plaintiff's request to dismiss is GRANTED.  The Clerk of the Court is DIRECTED TO close this action.

IT IS SO ORDERED.

**Dated:   February 27, 2008**                /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE